**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Solomon O. Adelaja v. Teresa Ramirez Adelaja

Appellate case number:   01-14-00141-CV

Trial court case number:  2013-15019

Trial court:                    246th District Court of Harris County

On September 5, 2014, counsel for appellant filed a brief on behalf of her client, Solomon Adelaja, based on *Anders v. California*, 386 U.S. 738 (1967). However, the procedural safeguards provided in *Anders* are not applicable to an appellant who is represented by a retained attorney. *See Roberts v. State*, 2014 WL 953502 (Tex. App.—Houston [1st Dist.] March 11, 2014], no pet.). We therefore **strike** the brief, and **ORDER** counsel for appellant, within 15 days of the date of this order, to file either (1) a brief on the merits; (2) a motion to withdraw in compliance with TEX. R. APP. P. 6.5, or (3) a motion to dismiss in accordance with TEX. R. APP. P. 42.1. If counsel does not intend to file a brief on the merits and appellant still wishes to proceed, a motion to withdraw will give appellant an opportunity to retain new counsel.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                              X  Acting individually

Date:  September 16, 2014